UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2006-AA5, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>Plaintiff,<br>v.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION AND RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-02911-MMD-NJK<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff The Bank of New York of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA5, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement ("BoNYM") has drawn into question the constitutionality of NRS

§ 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 4th day of December 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE