MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff The Bank of New
York Mellon f/k/a The Bank of New York*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2006-AA5, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCAITION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>        Plaintiff,<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCATION AND RED ROCK FINANCIAL SERVICES, LLC,<br><br>        Defendants. | Case No.: 2:17-cv-2911-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT RED ROCK FINANCIAL SERVICES' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff The Bank of New York of New York Mellon f/k/a The Bank of New York, as

Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series

FHAMS 2006-AA5, by First Horizon Home Loans, a division of First Tennessee Bank National

1

Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement (**BNY Mellon**) and Defendant Red Rock Financial Services (**Red Rock**), stipulate to an extension of BNY Mellon's deadline to respond to Red Rock's motion to dismiss [ECF No. 8] through January 17, 2018.

## **RECITALS**

1.      Red Rock filed its motion to dismiss plaintiff's complaint on December 20, 2017 (ECF No. 8);

2.      BNY Mellon's response is currently due January 3, 2017;

3.      The undersigned counsel of record for BNY Mellon is scheduled to be out of the office from December 22, 2017, through January 2, 2018;

4.      Counsel for BNY Mellon requests the extension to allow meaningful review of Red Rock's motion to dismiss, provide adequate time to draft a response, and allow sufficient time for client review and approval of the response before filing;

5.      Accordingly, counsel for BNY Mellon requests a brief extension through January 17, 2018, in which to file its response;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6. This is BNY Mellon's first request for an extension of time to file a response to Red Rock's motion to dismiss;

7. This stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

DATED this 22nd day of December, 2017.

| **AKERMAN LLP** | **KOCH & SCOW, LLC** |
|---|---|
| */s/ Donna Wittig* | */s/ Steve B. Scow* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York* | STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>1500 S. Eastern Ave., Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Defendant Red Rock Financial Services* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: December 27, 2017

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3