# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:17-cv-02911-MMD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| PARK AVENUE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 16, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: February 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge