MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
donna.wittig@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2006-AA5, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCAITION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCATION AND RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02911-MMD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND RELEASE OF NOTICE OF LIS PENDENS** |

Plaintiff The Bank of New York of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA5, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing

1

Agreement (**BoNYM**) and defendants Park Avenue Homeowners' Association (**Park Avenue**) and Red Rock Financial Services, LLC (**Red Rock**) hereby stipulate to dismiss all claims asserted by plaintiff against defendants as follows:

1. This matter relates to real property located at 63 East Agate Avenue, #202, Las Vegas, Nevada 89123 (the **property**).

2. BoNYM is the beneficiary of a deed of trust encumbering the property, which was recorded on or about June 16, 2006 at document number 20060616-0005268 in the official records of Clark County, Nevada (the **deed of trust**).

3. On or about July 23, 2012, Red Rock recorded a Foreclosure Deed at document number 201207230001661 in the official records of Clark County, Nevada, reflecting that Park Avenue purchased the property at the foreclosure sale on or about July 17, 2012 (the **HOA Sale**).

4. On November 20, 2017, BoNYM initiated a lawsuit against Park Avenue and Red Rock in the United States District Court, District of Nevada, Case No. 2:17-cv-02911-MMD-NJK (the **litigation**).

5. BoNYM, Park Avenue, and Red Rock have entered into a confidential settlement agreement wherein they have settled all claims between them in the litigation.

6. The notice of lis pendens recorded on November 30, 2017, as Instrument No. 201711300002355 is hereby released.

7. This release of notice of lis pendens affects title of real property located at 63 East Agate Avenue, #202, Las Vegas, Nevada 89123 with legal description of:

> **PARCEL I:**
> **An undivided Fractional Interest as a tenant in common in the Common Elements as defined in Section 1.10 of the Declaration of Covenants, Conditions, and Restrictions for PARK AVENUE CONDOMINIUMS. A Common Interest Condominium Development recorded in the Office of the County Recorder of Clark County, Nevada on August 3, 2001 in Book 20010803 as Document No. 00962 as the same may from time to time be amended and/or supplemented, to which reference is hereafter made ("Declaration")**
>
> **Excepting therefrom all Building Units and Association Property in the project, as those terms are defined in Article I of the Declaration.**
>
> **And Reserving Therefrom the right to possession of all those areas designated as Limited Common Elements in Section 2.3 of the**

2

Declaration and/or designated as such upon either the plat of AMENDED PLAT OF A PORTION OF "PARK AVENUE CONDOMINIUMS UNIT 2" as shown by map thereof on file in Book 106 of Plats, Page 98 in the Office of the County Recorder of Clark County, Nevada, or the Plat of any other Phase of the PARK AVENUE CONDOMINIUM PROJECT annexed to said project in accordance with the Declaration.

And Further Reserving Therefrom for the benefit of the Owners of the Condominiums (I.E. Building Units) in other Phases of the Project, a non-exclusive easement of ingress, egress and recreational use, on, over and under the Common Elements a defined in Section 1.10 in the Declaration, which easement is subject to the terms and provisions of the Declaration.

PARCEL II:

Living Unit in Building of 'AMENDED PLAT OF A PORTION OF "PARK AVENUE CONDOMINIUM UNIT 2' as shown by map thereof on File in Book 106 of Plats, Page 98 in the Office of the County Recorder of Clark County, Nevada.

PARCEL III:

A non-exclusive easement of ingress, egress and recreational use, on, over, and under the Common Elements as defined in the Declaration, which easement is subject to the terms and provisions of the Declaration and appurtenant to Parcels I and II described above.

PARCEL IV:

The exclusive right, subject to the terms and provisions of the Declaration to Parking Space No. P221, all of which are defined and described as Limited Common Elements in Section 2.3 of the Declaration and which are appurtenant to Parcels I and II described above.

APN: 177-21-217-096.

...

3

8.  Accordingly, BoNYM, Red Rock and Park Avenue agree and stipulate the case should be dismissed with prejudice and the notice of lis pendens should be released, with each party bearing its own costs and attorney fees.

**IT IS SO STIPULATED.**

Dated this the 20th day of July, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **MARQUIS AURBACH COFFING** |
| /s/ *Donna M. Wittig* | /s/ *Avece M. Hibee* |
| MELANIE D. MORGAN ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | AVECE M. HIGBEE, ESQ.<br>Nevada Bar No. 3739<br>CODY S. MOUNTEER, ESQ.<br>Nevada Bar No. 11220<br>JAMES ALLAN BECKSTROM, II, ESQ.<br>Nevada Bar No. 14032<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 |
| *Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York* | *Attorneys for defendant Park Avenue Homeowners Association* |

**KOCH & SCOW LLC**

/s/ *Steven Scow*
DAVID R. KOCH, ESQ.
Nevada Bar No. 8830
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for defendant Red Rock Financial Services, LLC*

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

DATED: July 23, 2018